UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

        Plaintiff,

        -v.-

CHF 2,362,717.30 in Swiss currency currently on deposit in Credit Suisse (Switzerland) AG account number 0835-1358577-50 held in the name of Roland Mathys, and all assets currently on deposit in Credit Suisse (Switzerland) AG account 0835-1358577-52-6 held in the name of Roland Mathys; and

All property traceable thereto;

        Defendants-*in-rem*.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUDGMENT OF FORFEITURE

20 Civ. 544 (JGK)

        WHEREAS, on or about January 21, 2020, the United States commenced an *in rem* forfeiture action seeking the forfeiture of (i) CHF 2,362,717.30 in Swiss currency currently on deposit in Credit Suisse (Switzerland) AG account number 0835-1358577-50 held in the name of Roland Mathys, and (ii) all assets currently on deposit in Credit Suisse (Switzerland) AG account number 0835-1358577-52-6 held in the name of Roland Mathys (the "Defendants-*in-rem*"), by the filing of a Verified Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that the Defendants-*in-rem* are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C);

        WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on February 15, 2020, through March 15, 2020, and proof of such publication was filed with the Clerk of this Court on April 20, 2020 (D.E. 4);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about January 24, 2020, notice of the Verified Complaint was sent to Roland Mathys (the "Noticed Party") by email to Roland Mathys's email address, and by email and Federal Express to Richard Morvillo, Esq., in Washington, D.C., who is the attorney representing Roland Mathys in the related criminal proceeding *United States v. Mathys*, 19 Cr. 442 (DLC).

WHEREAS, the Noticed Party is the only individual/entity known by the Government to have a potential interest in the Defendants-*in-rem*; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendants-*in-rem* shall be, and the same hereby is forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Defendants-*in-rem*, according to law.

3. The Clerk of the Court shall forward four certified copies of this Judgment of Forfeiture to Assistant United States Attorney, Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York, 10007.

Dated: New York, New York
April 30, 2020

SO ORDERED:

/s/ John G. Koeltl
THE HONORABLE JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE